**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **DONALD LEROY DAVIS,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:07-cv-23 (CAR) |
| **STATE OF GEORGIA; E. BYRON SMITH; THOMAS H. WILSON; WILLIAM A. FEARS; GEORGIA SUPREME COURT,** | : |
| **Defendants.** | : |

## J U D G M E N T

Pursuant to the Order of this Court filed January 29, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action as frivolous.

This 29th day of January, 2007.

**GREGORY J. LEONARD, CLERK**

s/ Denise Partee, Deputy Clerk