IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONALD LEROY DAVIS, | : |
| Plaintiff | : |
| VS. | : NO. 5:07-CV-23 (CAR) |
| STATE OF GEORGIA; E. BYRON SMITH; THOMAS H. WILSON; WILLIAM A. FEARS; GEORGIA SUPREME COURT, | : |
| | : **ORDER** |
| Defendants | : |

Plaintiff **DONALD LEROY DAVIS**, an inmate at Rutledge State Prison in Columbus, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. The Court dismissed his action as frivolous on January 29 2007. Plaintiff filed a notice of appeal and a application for a certificate of appealability ("COA"). However, a COA is not a statutory prerequisite to the appeal of a 42 U.S.C. § 1983 action. Therefore, plaintiff's COA is **DENIED** as moot.

**SO ORDERED**, this 12th day of February, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

lnb